THOMAS WARD COAL CO. v. BEHN.

(Supreme Court, Appellate Division, First Department. November 29, 1912.)

LIBEL AND SLANDER (§ 112*)—WORDS SPOKEN OF BUSINESS—EVIDENCE.

In an action for slander in the speaking of words concerning a business in which the plaintiff was engaged at the time, evidence *held* not to sustain a verdict for the defendant.

[Ed. Note.—For other cases, see Libel and Slander, Cent. Dig. §§ 325–341; Dec. Dig. § 112.*]

McLaughlin, J., dissenting.

Appeal from Trial Term, New York County.

Action by the Thomas Ward Coal Company against Adolph Behn. From a judgment for defendant, and an order denying a motion for a new trial, plaintiff appeals. Reversed, and new trial ordered.

Argued before INGRAHAM, P. J., and McLAUGHLIN, LAUGHLIN, MILLER, and DOWLING, JJ.

M. E. Kelley, of New York City, for appellant.
Elfers & Abberley, of New York City, for respondent.

PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to the appellant to abide the event, upon the ground that the verdict of the jury in favor of the defendant was not supported by the evidence. The defendant either did not deny, or he admitted, that he spoke the words complained of concerning the business which was being conducted by the plaintiff at the time. All concur, except McLAUGHLIN, J., dissenting.

(153 App. Div. 196.)

In re COUDERT'S WILL.

(Supreme Court, Appellate Division, First Department. November 22, 1912.)

EXECUTORS AND ADMINISTRATORS (§ 14*)—CONSTRUCTION—"IN CASE OF HIS FAILURE TO ACT."

[Ed. Note.—For other cases, see Executors and Administrators, Cent. Dig. §§ 29–31, 42; Dec. Dig. § 14.*]

Appeal from Surrogate's Court, New York County.